| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Prime Group Properties, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1096847** |
| 4. | **Debtor's address** | **Principal place of business** **14127 Leavitt Ave.** **Dixmoor, IL 60067** Number, Street, City, State & ZIP Code  **Cook** County | **Mailing address, if different from principal place of business** **412 Lauder Lane** **Inverness, IL 60067** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Prime Group Properties, LLC** _____ Case number (*if known*) _____
       Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Prime Group Properties, LLC** _____ Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Prime Group Properties, LLC** _____  Case number (*if known*)_____
       Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Prime Group Properties, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 10, 2022**
MM / DD / YYYY

**X** **/s/ Jesse Fuller**                                       **Jesse Fuller**
Signature of authorized representative of debtor          Printed name

Title   **Majority Member**

---

**18. Signature of attorney**

**X** **/s/ JOHN H. REDFIELD**                                Date **February 10, 2022**
Signature of attorney for debtor                                      MM / DD / YYYY

**JOHN H. REDFIELD**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**          Email address   **jredfield@cranesimon.com**

**2298090 IL**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 10, 2022**
MM / DD / YYYY

X _/s/ Jesse Fuller_
Signature of authorized representative of debtor

Jesse Fuller
Printed name

Title **Majority Member**

**18. Signature of attorney**   X _____
Signature of attorney for debtor

Date **February 10, 2022**
MM / DD / YYYY

**JOHN H. REDFIELD**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**     Email address  **jredfield@cranesimon.com**

**2298090 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Prime Group Properties, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 9, 2022**    X _____
Signature of individual signing on behalf of debtor

**Jesse Fuller**
Printed name

**Majority Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **Prime Group Properties, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 9, 2022**    X  /s/ Jesse Fuller
                                          Signature of individual signing on behalf of debtor

**Jesse Fuller**
Printed name

**Majority Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Prime Group Properties, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Cook County Treasurer<br>PO Box 805436<br>Chicago, IL 60680-4116 | | | Disputed | $2,864,420.00 | $0.00 | $2,864,420.00 |
| Daniel Walsh<br>1200 Pleasant Lane<br>Glenview, IL 60025 | | Loan | | | | $15,000.00 |
| Rieff, Schramn, Kanter & Guttman<br>100 N. LaSalle St., Ste. 2300<br>Attn: Glenn Guttman<br>Chicago, IL 60602 | | Attorneys Fees | Disputed | | | $20,000.00 |
| Small Business Administration<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155 | | Loan | | | | $75,000.00 |

Official form 204 — Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims — page 1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Prime Group Properties, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **15,000.00** |
   | Prior to the filing of this statement I have received | $ **15,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):     **Jesse Fuller**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 10, 2022** | **/s/ JOHN H. REDFIELD** |
| *Date* | **JOHN H. REDFIELD** |
| | *Signature of Attorney* |
| | **Crane, Simon, Clar & Goodman** |
| | **Suite 3950** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777  Fax: 312-641-7114** |
| | **jredfield@cranesimon.com** |
| | *Name of law firm* |

**LAW OFFICES**
**CRANE, SIMON, CLAR & GOODMAN**

ARTHUR G. SIMON
SCOTT R. CLAR
KAREN R. GOODMAN

JACOB COMROV

EUGENE CRANE, OF COUNSEL
JOHN H. REDFIELD, OF COUNSEL

135 S. LA SALLE STREET
SUITE 3950
CHICAGO, ILLINOIS 60603-4297
TEL: 312-641-6777
FAX: 312-641-7114
WWW.CRANESIMON.COM

GLENN R. HEYMAN (RETIRED)

January 31, 2022

Via email: jessejfuller@hotmail.com
Prime Group Properties, LLC
c/o Jesse Fuller, Majority Member
412 Lauder Lane
Inverness, IL 60067

Re:     **Chapter 11 Retainer for Prime Group Properties, LLC ("Debtor")**

Dear Mr. Fuller:

This letter is intended to confirm the agreement reached with the Debtor concerning the retention of the law firm of Crane, Simon, Clar & Goodman ("CSCG") in connection with the representation of the Debtor in a Chapter 11 bankruptcy proceeding. After review of this letter, please sign on the signature line provided acknowledging your understanding of the terms of our retention.

The Debtor has agreed to pay CSCG the sum of $15,000.00 plus the court filing fee of $1,738.00 as an advance payment retainer for this engagement. In consideration of the payment of this retainer, CSCG agrees to provide legal services on the Debtor's behalf in connection with the matters upon which CSCG has been retained. Unless otherwise billed directly to the Debtor, any costs incurred during our representation shall be subject to reimbursement from the Debtor.

This retainer will not be held in the client trust account of CSCG, and will be treated as income by CSCG upon its receipt, whereupon it will be deposited into the general account of CSCG. This retainer is the property of CSCG and the Debtor retains no legal or equitable interest in the retainer. In the event that the legal services and expenses incurred exceed this retainer, it is understood that CSCG shall be entitled to additional monies to account for the difference. However, it is also understood that the Debtor shall be entitled to a refund of the retainer to the extent that it is unused.

It is understood that due to the nature of the representation and the substantial risk to CSCG that CSCG may receive no further fees, CSCG is unwilling to represent the Debtor without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to CSCG was the Debtor's choice, after consideration of other retainer options. You acknowledge that the specific purpose of such advance payment retainer is to assure the Debtor of legal representation at least until such time as the retainer is exhausted, and that the advantage to the Debtor of such a retainer is that it provides such assurance by reducing the

LAW OFFICES

**CRANE, SIMON, CLAR & GOODMAN**

Via email: jessejfuller@hotmail.com
Prime Group Properties, LLC
January 31, 2022
Page 2

risk of creditor attachment, and without the necessity of seeking any court and/or creditor approval with respect to same. CSCG will commence its representation of the Debtor upon payment of this advance payment retainer.

For your information the current hourly rates for CSCG are as follows:

| | |
|---|---|
| Arthur G. Simon............................ | $520 |
| Scott R. Clar................................. | $520 |
| John H. Redfield (of counsel)...... | $450 |
| Jacob D. Comrov.......................... | $350 |

The above hourly rates are subject to change on January 1 of each year. The Debtor will be charged the hourly rates in existence at the time of billing by CSCG.

Please sign and return this letter to me by return email as soon as possible. Thank you for the opportunity to be of service. We look forward to a successful relationship with the Debtor.

Should there be any questions concerning our representation, please do not hesitate to contact me.

Very truly yours,

CRANE, SIMON, CLAR & GOODMAN

*John H. Redfield*

**AGREED, ACCEPTED AND UNDERSTOOD:**

Prime Group Properties, LLC

By: _____
Jesse Fuller, Majority Member and Manager

# United States Bankruptcy Court
### Northern District of Illinois

In re: **Prime Group Properties, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **6**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February 10, 2022**

**/s/ Jesse Fuller**  
**Jesse Fuller**/**Majority Member**  
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Prime Group Properties, LLC**
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **6**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February 9, 2022**

Jesse Fuller/Majority Member
Signer/Title

American Group Financial, Inc.
800 E. Northwest Hwy
Suite 713
Palatine, IL 60074

Cook County Treasurer
PO Box 805436
Chicago, IL 60680-4116

Daniel Walsh
1200 Pleasant Lane
Glenview, IL 60025

Jesse Fuller
412 Lauder Lane
Palatine, IL 60067

Rieff, Schramn, Kanter & Guttman
100 N. LaSalle St., Ste. 2300
Attn: Glenn Guttman
Chicago, IL 60602

Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Prime Group Properties, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Prime Group Properties, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 10, 2022**
Date

/s/ JOHN H. REDFIELD
**JOHN H. REDFIELD**
Signature of Attorney or Litigant
Counsel for **Prime Group Properties, LLC**
**Crane, Simon, Clar & Goodman
Suite 3950
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114
jredfield@cranesimon.com**